IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JACKSON,

      Plaintiff,                  No. CIV S-06-2157 DFL KJM PS

     vs.

UNITED STATES DEPARTMENT
OF LABOR, et al.,

      Defendants.         <u>ORDER</u>
_____/

       Plaintiff has requested permission under Local Rules 5-133(b)(2) and (3) to utilize electronic filing.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's request is granted.

       2. Within five days from the date of this order, plaintiff shall provide an e-mail address to the court for purposes of electronic filing.

DATED: March 15, 2007.

_____
U.S. MAGISTRATE JUDGE

006
jackson.ecf

1