IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JACKSON,

    Plaintiff,                                                     No. CIV S-06-2157 DFL KJM PS

    vs.

UNITED STATES DEPARTMENT OF LABOR, et al.,

    Defendants                                         ORDER

_____/

        This matter came on for status conference before the undersigned on April 4, 2007. Plaintiff appeared in propria persona. Yoshinori Himel appeared for defendants. Upon review of the status report and file in this action, upon hearing the discussion of plaintiff and counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Within seven days from the date of this order, plaintiff shall file an amended complaint. No "Doe" pleadings are allowed.

        2. The Clerk of Court is directed to strike the documents filed April 4, 2007, docket no. 11, as they do not pertain to this action.

        3. Within sixty days from the filing of the amended complaint, defendants shall file a responsive pleading.

/////

1

4.  If the responsive pleading is an answer, initial disclosures under Federal Rule of Civil Procedure 26 shall be made within thirty days of the filing of the answer.

5.  This matter is set for further status conference on September 26, 2007 at 10:00 a.m. in courtroom no. 26.

DATED: April 9, 2007.

                                                U.S. MAGISTRATE JUDGE

006
jackson.oas