**John D. Jackson**
**6157 Roberta Place**
**Stockton, CA 95212-9439**
**(209) 931-6356**

Plantiff

### IN THE UNITED STATES DISTRICT COURT FOR

### THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. JACKSON, | 2:06-cv-2157-DFL-KJM-PS |
| | |
| Plaintiff, v. | **STIPULATION AND ORDER ENTENDING  TIME TO FILE AMENDED COMPLAINT** |
| UNITED STATES DEPARTMENT OF LABOR,JANE AND JOHN DOES 1-10 OF U.S. DOL in their official and individual capacities,DEPARTMENT OF THE ARMY AND ITS | Date: April 16, 2007Time:  3:30: p.m. |
| SUBORDINATE ELEMENTS, NATIONALGUARD BUREAU, the CALIFORNIANATIONAL GUARD, and JANE AND JOHNDOES 1-10 OF THE CALIFORNIA NATIONAL GUARD in their official and individual capacities, | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |

The parties hereby stipulate, subject to the approval of the Magistrate Judge as provided for hereon, as follows:

1      Plaintiff apologizes for late date of this request and this stipulation to request extension  of  suspense date of an addition 30 days, from April 16, 2007, be amended to grant 30 days, to be due May 16, 2007 Judge Mueller's order to file an amend complaint  within 7 days of order dated April 9, 2007 permission. Plantiff has been sick suffering from migraine headaches, and has been delayed in his filing of the amended complaint. This is the first request of extension for the order dated April 9, 2007. Federal defendants do not oppose the request, provided that this is the last extension for filing this first amended complaint.

2      Federal defendants' time to respond to the amended complaint shall be the sixtieth day after the Civil Process Clerk's receipt of process service.

3. The parties have received a copy of this stipulation.

Dated: April 16, 2007          */s/ John D. Jackson*JOHN D. JACKSON

                               Plaintiff Pro Se

Dated: April 16, 2007

                               McGREGOR W. SCOTT United States Attorney

                       By:
                               */s/ Y H T Himel*YOSHINORI H. T. HIMEL
                               Assistant U. S. Attorney


<u>ORDER</u>


It is APPROVED and SO ORDERED.


DATED: April 23, 2007.


_____
U.S. MAGISTRATE JUDGE


2