IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JACKSON,

    Plaintiff,                                        No. CIV S-06-2157 DFL KJM PS

    vs.

UNITED STATES DEPARTMENT OF LABOR, et al.,

    Defendants                                      <u>ORDER</u>

_____/

        This matter came on for further status conference before the undersigned on September 26, 2007. No appearance was made for plaintiff.[1]  Yoshinori Himel appeared for defendants. Upon review of the status report and file in this action, upon hearing the discussion of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Within fourteen days from the date of this order, plaintiff shall file proof of service of summons on defendants.

        2. Defendants shall file a responsive pleading or motion to dismiss for lack of service no later than October 26, 2007. Plaintiff is reminded that opposition to a motion must be filed no later than fourteen days prior to the date set for hearing on the motion.

---

[1] The court was advised at 10:30 a.m. that plaintiff had arrived late for the hearing.

1

3.  Initial disclosures under Federal Rule of Civil Procedure 26 shall be made no later than November 2, 2007.

4.  A further status conference will be set as necessary.

DATED:  October 9, 2007.

_____
U.S. MAGISTRATE JUDGE

006
jackson2.oas