IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JACKSON,

    Plaintiff,                                          No. CIV S-06-2157 RRB KJM PS

    vs.

UNITED STATES DEPARTMENT OF LABOR, et al.,

    Defendants                                      <u>ORDER</u>

                                                          /

Calendared for hearing on November 28, 2007 is defendants' motion to dismiss and/or for summary judgment. Plaintiff has requested additional time to oppose the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Hearing on defendants' motion is continued to January 23, 2008 at 10:00 a.m. in courtroom no. 26.

2. Opposition shall be filed no later than January 2, 2008.

3. Reply, if any, shall be filed no later than January 9, 2008.

DATED: November 14, 2007.

_____
U.S. MAGISTRATE JUDGE

006
jackson-dol.con

1