IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JACKSON,

    Plaintiff,                                       No. CIV S-06-2157 RRB KJM PS

    vs.

UNITED STATES DEPARTMENT OF LABOR, et al.,

    Defendants                                 <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file objections to the February 25, 2008 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted an extension of time to April 4, 2008 to file objections.

DATED:  March 17, 2008.

_____
U.S. MAGISTRATE JUDGE

006
jackson.eot