1  McGREGOR W. SCOTT
United States Attorney
2  YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
3  501 I Street, Suite 10-100
Sacramento, California 95814
4  Telephone:  (916) 554-2760

5  Attorneys for Defendants

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN D. JACKSON,                          2:06-cv-02157-RRB-KJM-PS

12            Plaintiff,                       **STIPULATION AND ORDER
                                              EXTENDING TIME FOR
13        v.                                  OBJECTIONS TO FINDINGS AND
                                              RECOMMENDATIONS AND REPLY
14  UNITED STATES DEPARTMENT                   TO OBJECTIONS**
OF LABOR, et al.,
15
          Defendants.
16

17

18        The parties hereby stipulate, subject to the approval of the Magistrate Judge as

19  provided for hereon, as follows:

20        1.  That the time for plaintiff's objections to the Magistrate Judge's Findings and

21  Recommendations, CR 45, originally March 13, 2008, then extended on plaintiff's request by

22  Order, CR 50, to April 4, 2008, be extended for an additional two weeks to April 18, 2008.

23  The total period of the previous extension was 22 calendar days.

24        2.  That the time for defendants' reply to plaintiff's objections be extended by two

25  weeks, from 10 court days after service of the objections to 20 court days after service of the

26  objections.

27

28

1    Dated:  April 3, 2008                              */s/ John D. Jackson*
                                                        JOHN D. JACKSON
2                                                       Plaintiff Pro Se

3
     Dated:  April 3, 2008                              McGREGOR W. SCOTT
4                                                       United States Attorney

5                                           By:     */s/ Y H T Himel*
                                                        YOSHINORI H. T. HIMEL
6                                                       Assistant U.S. Attorney

7

8

9                                          ORDER

10        The parties' stipulation is APPROVED.

11        1.  The time for plaintiff's objections to the Magistrate Judge's Findings and

12   Recommendations, extended once at plaintiff's request, is now EXTENDED again.  The

13   objections shall be filed by April 18, 2008.

14        2.  The time for defendants' reply to plaintiff's objections is EXTENDED until 20 court

15   days after service of the objections.

16        It is SO ORDERED.

17
     DATED:  April 4, 2008.
18

19
                                         _____
20                                       U.S. MAGISTRATE JUDGE

21

22

23

24

25

26

27

28