IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JACKSON,

    Plaintiff,                 No. CIV S-06-2157 JAM KJM PS

    vs.

UNITED STATES DEPARTMENT OF LABOR, et al.,

    Defendants                 <u>ORDER</u>

/

        Plaintiff has filed a request for appointment of counsel. This matter has been fully litigated, findings and recommendations have issued, and objections have been filed. The court finds no basis in the documents submitted by plaintiff for appointing counsel.

        Accordingly, IT IS HEREBY ORDERED that the request for appointment of counsel (docket no. 58) is denied.

DATED: June 26, 2008.

_____
U.S. MAGISTRATE JUDGE

006
jackson.cou