IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. JACKSON,

       Plaintiff,                    No. CIV S-06-2157 JAM KJM PS

   vs.

UNITED STATES DEPARTMENT
OF LABOR, et al.,

       Defendants.           <u>ORDER</u>

_____/

       Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On February 2, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

       1. The findings and recommendations filed February 25, 2008, are adopted in full;

/////

1

2. Defendants' motion for summary judgment is granted as to the Freedom of Information Act claim; and

3. Defendants' motion to dismiss the remaining claims is granted.

DATED: 9/30/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

jack2157.jo

2